**STATE of Missouri, Respondent,**

v.

**Carl A. CELLS, Appellant.**

**No. WD 53849.**

Missouri Court of Appeals,
Western District.

Feb. 17, 1998.

Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and HOWARD and RIEDERER, JJ.

## *ORDER*

PER CURIAM:

Carl A. Cells appeals from the judgment entered upon his conviction by jury of Class B felony production of a controlled substance, § 195.211, RSMo 1994.

The judgement is affirmed. Rule 30.25(b).